IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
SEP 16 2016
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>Interpleader Plaintiff,<br><br>vs.<br><br>GAIL ERICKSON, TYLER ERICKSON, and TAYLOR WORTMAN,<br><br>Interpleader Defendants. | No. CV-16-15-BU-SEH<br><br>ORDER |

The Court has been informed that this case has been settled.

ORDERED:

1. The final pretrial conference set for September 29, 2016, and all deadlines in the Court's Order of August 17, 2016, are VACATED.

-1-

2. The parties shall file a stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order.

DATED this 16th day of September, 2016.

SAM E. HADDON
United States District Court