IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>Interpleader Plaintiff,<br><br>-vs-<br><br>GAIL ERICKSON, TYLER ERICKSON, and TAYLOR WORTMAN,<br><br>Interpleader Defendants. | Case No. CV 16-15-BU-SEH<br><br>**ORDER** |

Upon the parties' Stipulation for Dismissal,

**ORDERED:**

The above-captioned case, including all claims, counterclaims, and crossclaims, is DISMISSED WITH PREJUDICE with each party to bear their own costs and attorneys' fees.

**DATED** this 4th day of October, 2016.

/s/ Sam E. Haddon
SAM E. HADDON
UNITED STATES DISTRICT JUDGE